UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**ISAIAH WILLIAM TYLER**                                                                                                      **PLAINTIFF**

v.                                                                          **CIVIL ACTION NO. 5:22-CV-P43-TBR**

**WARDEN SCOTT JORDAN** *et al.*                                                                           **DEFENDANTS**

## MEMORANDUM

Plaintiff Isaiah William Tyler initiated this *pro se* civil-rights action brought by a convicted prisoner pursuant to 42 U.S.C. § 1983. By Memorandum Opinion and Order entered July 22, 2022 (DN 6), the Court conducted an initial review of the complaint and dismissed Plaintiff's claims pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and pursuant to 28 U.S.C. § 1915A(b)(2) for seeking monetary relief from a defendant who is immune from such relief. The Court, however, provided Plaintiff an opportunity to file an amended complaint to avoid dismissal of this action. *See LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013) ("[U]nder Rule 15(a) a district court can allow a plaintiff to amend his complaint even when the complaint is subject to dismissal under the PLRA [Prison Litigation Reform Act]."). The Court warned Plaintiff that his failure to file an amended complaint within 30 days from entry of the Memorandum Opinion and Order would result in the entry of a final Order dismissing the action for the reasons stated therein.

The 30-day period has expired, and the record reflects that Plaintiff has not filed an amended complaint. Therefore, the Court will enter a separate Order dismissing this action.

Date: September 2, 2022

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

cc:   Plaintiff, *pro se*
      Defendants
      General Counsel, Justice & Public Safety C
4413.011