UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

ISAIAH WILLIAM TYLER                                              PLAINTIFF

v.                                    CIVIL ACTION NO. 5:22-CV-P43-TBR

WARDEN SCOTT JORDAN *et al.*                                  DEFENDANTS

**ORDER**

For the reasons set forth in the Memorandum Opinion and Order entered July 22, 2022 (DN 6), and the separate Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and pursuant to 28 U.S.C. § 1915A(b)(2) for seeking monetary relief from Defendants immune from such relief.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: September 2, 2022

                                                     **Thomas B. Russell, Senior Judge**
                                                     **United States District Court**

cc:      Plaintiff, *pro se*
          Defendants
          General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
4413.011